**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL ACTION NO. 08-016** |
| | : | |
| **KULEE TAILEY** | : | |

## ORDER

This 14th day of January, 2022, it is hereby **ORDERED** that Petitioner's Motions to Correct Sentence under 28 U.S.C. §2255, ECF No. 28, is **DENIED** for the reasons set forth in the accompanying memorandum. There is no basis for the issuance of a certificate of appealability.

      /s/ Gerald Austin McHugh
United States District Judge